UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY TERRANCE DEJORIS

Case No. 3:21-cr-111-TJC-PDB
Ct. 1: 21 U.S.C. §§ 331(c), 352(e), 352(f), & 333(a)(1)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

At all times material to this Information:

1. The United States Food and Drug Administration ("FDA") was the agency of the United States responsible for, among other things, enforcing the provisions of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq.*

2. The Federal Food, Drug, and Cosmetic Act made it unlawful to receive in interstate commerce any drug that was misbranded and to deliver or proffer delivery of it for pay or otherwise. 21 U.S.C. § 331(c).

3. The Federal Food, Drug, and Cosmetic Act defined "drug" as an article intended: for use in the diagnosis, cure, mitigation, treatment, or prevention of disease; to affect the structure or any function of the body; or for use as a component of those products. 21 U.S.C. § 321(g).

4. Under the Federal Food, Drug, and Cosmetic Act, a drug was misbranded if:

a. its labeling failed to include the established name and quantity of each active ingredient (21 U.S.C. § 352(e)); or

b. its labeling failed to provide adequate directions for use, including adequate warnings for use in those pathological conditions where use may be dangerous to health, or warnings against unsafe dosage or methods, or duration of administration or application, as are necessary for the protection of users (21 U.S.C. § 352(f)).

5. The defendant, TIMOTHY TERRANCE DEJORIS, received drugs that purported to treat erectile dysfunction ("ED") and enhance sexual performance in men, which were declared to be "Shiitake Mushroom Extract" and which were marketed as a supplement labeled "Dr. Seltzer's Hard-On Helper."

6. The declared "Shiitake Mushroom Extract," marketed as "Dr. Seltzer's Hard-On Helper," contained the undeclared drug ingredient, sildenafil. Sildenafil was the active ingredient in FDA-approved prescription drugs indicated to treat ED. The labeling for the declared "Shiitake Mushroom Extract" marketed as "Dr. Seltzer's Hard-On Helper" failed to include the name and quantity of this drug ingredient.

7.  Undeclared drugs such as sildenafil may have serious potential side effects or may be harmful to consumers with certain pathological conditions. In addition, undeclared drugs may interact dangerously with other prescription and non-prescription drugs that the unwitting consumer might be taking. The labeling for the declared "Shiitake Mushroom Extract" marketed as "Dr. Seltzer's Hard-On Helper" failed to adequately warn consumers of these facts.

## CHARGE

From in or about June, 2019, through on or about August 2, 2019, in Duval County, in the Middle District of Florida, the defendant,

TIMOTHY TERRANCE DEJORIS,

received in interstate and foreign commerce drugs that were misbranded and delivered or proffered delivery of these drugs for pay or otherwise, specifically drugs that were misbranded:

a.  because their packaging failed to include the established name and quantity of each active ingredient, that is, the declared "Shiitake Mushroom Extract" marketed as "Dr. Seltzer's Hard-On Helper" did not bear labeling including the name and quantity of sildenafil; and

b.  because their packaging failed to provide adequate directions for use, that is, the declared "Shiitake Mushroom Extract" marketed as "Dr. Seltzer's Hard-On Helper" did not bear labeling including adequate warnings for

use in those pathological conditions where use may be dangerous to health, or warnings against unsafe dosage, methods, or duration of administration or application as are necessary for the protection of users.

In violation of Title 21, United States Code, Sections 331(c), 352(e), 352(f), and 333(a)(1).

MARIA CHAPA LOPEZ
United States Attorney

By:
ARNOLD B. CORSMEIER
Assistant United States Attorney

By:
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division